

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MANUEL NIEVES,                )
                              )
        Petitioner,           )
                              )
v.                            )    Civil Action No. 06-320-GMS
                              )
THOMAS CARROLL,               )
Warden, and CARL C.           )
DANBERG, Attorney             )
General of the State of       )
Delaware,                     )
                              )
        Respondents.          )



## AEDPA ELECTION FORM

1.  ✓     I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  ____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Manuel Nieves  6/13/06*
Petitioner