06-320 (GMS)

