# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MANUEL NIEVES,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-320-GMS |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware Superior Court

documents have been manually filed with the Court and are available in paper form only:

      a.  Criminal Docket (ID No. 0107022700)

      b.  Motion for Sentence Reduction (Oct. 31, 2003)

      c.  Order (December 1, 2003)

      d.  Notice of Noncompliance (May 27, 2004)

      e.  Motion for Postconviction Relief (June 8, 2004).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on August 28, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Manuel Nieves
SBI No. 464723
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us