# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MANUEL NIEVES,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-320-GMS |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF SUPPLEMENTAL FILING
## OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court

documents have been manually filed with the Court and are available in paper form only:

      a.  Appellant's Opening Brief & Appendix (No. 352, 2002)

      b.  State's Answering Brief (No. 352, 2002)

      c.  Reply Brief (No. 352, 2002)

      d.  Order (Feb. 11, 2003) (No. 352, 2002)

      e.  Appellant's Opening Brief & Supporting Documents (No. 381, 2004)

      f.  State's Answering Brief (No. 381, 2004)

      g.  Reply Brief (No. 381, 2004)

      h.  Order (May 18, 2004) (No. 381, 2004).

2.  The Rule 61 affidavit filed by petitioner's trial counsel in response to allegations of ineffective assistance of counsel raised in petitioner's postconviction proceeding can be found in the Supporting Documents to Appellant's Opening Brief in No. 381, 2004 at "Pack 03."

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

September 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on September 20, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Manuel Nieves
SBI No. 464723
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us