IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MANUEL NIEVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-320-GMS |
| | ) | |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

ORDER

At Wilmington this 2\_\_ day of September, 2006;

IT IS ORDERED that:

Petitioner Manuel Nieves' motion to proceed *in forma pauperis* is GRANTED. (D.I. 1.)

_____
UNITED STATES DISTRICT JUDGE



FILED

SEP 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE