# In The United States District Court

## For The District Of Delaware

Manuel Nieves,
Petitioner,

v.

Thomas L. Carroll, Warden and Carl C. Danberg, Attorney General for the State Of Delaware,
Respondents.

Civ. Act. No. 06-320-GMS

FILED
OCT 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For An Extension Of Time

Comes Now, the Petitioner, Manuel Nieves, pro se, an incarcerated inmate at the Delaware Correctional Center, Smyrna, De. Who moves this Honorable Court under the Governing Section 2254 Actions, 28 U.S.C. foll. §2254, seeking a grant for an Extension Of Time pursuant with this Court's Civil Rules of Procedures, Rule 12(A) through 12(C). In support of this motion, the following is asserted.

1. The petitioner filed his instant petition for Habeas Corpus relief on May 29, 2006.

2. The State filed their answer to the Petitioner's petition on August 28, 2006, enforcing that he was not entitled to Habeas Corpus relief as being untimely under 28 U.S.C. §2244(d).

3. On September 21, 2006, the Petitioner filed his Reply in which he requested at the least a stay of judgment under 28 U.S.C. § 2253(c)(3) applicable to this case under Stub v. City of Baxley, 355 U.S. 313, 318-320 (1958); Lawrence v. Florida, No. 05-8820, and

Lawrie v. Snyder, 9 F.Supp.2d 428, 459 (D.Del. 1998)(excused from satisfying the exhaustion requirement).

4. On September 28, 2006, this Court issued an order granting to the Petitioner permission to proceed on review of Habeas Corpus. It is now, the Petitioner requests the Honorable Court to consider the following:

A. The Petitioner is limited to two (2) law library appointments (per) week, at a hour and a half each. However, both are not guaranteed due to limited seating.

b. The Petitioner is unskilled in the law, and his claims are not only complex in nature. But as they currently stands needs to be AMENDED.

c. The Petitioner is futher uneducated in the English launage and needs an interpretor.

d. Due to the Petitioner's enabilities in researching issues and the complexity of his claims. The Petitioner believes that it is fully in the interest of justice, at this time, to grant him an addition 45 days to amend and being forth those claims before this Court.

Moreover, the State should not have any objections to the Petitioner's requests based on the merits.

Dated: October 17, 2006

Manuel Nieves

Manuel Nieves #464793
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANUEL NIEVES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-320-GMS |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and CARL C. | ) |
| DANBERG, Attorney | ) |
| General of the State of | ) |
| Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 29th day of September, 2006;

IT IS ORDERED that:

Petitioner Manuel Nieves' motion to proceed *in forma pauperis* is GRANTED. (D.I. 1.)

_____
UNITED STATES DISTRICT JUDGE

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit (A)

## Certificate of Service

I, __Manuel Nieves__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion for Extension of Time / Amendment__ _____ upon the following parties/person (s):

TO: __Office of the Clerk__
__United States District Court__
__844 N. King Street, Lockbox 18__
__Wilmington, De 19801-3570__

TO: __Elizabeth R. McFarlan__
__Deputy Attorney General__
__820 North French Street__
__Wilmington, De 19801__

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __17__ day of __October__, 200__6__.

__Manuel Nieves__

I/M Manuel Nieves
SBI# 464993  UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 North King St., Lockbox 18
Wilmington, Delaware
19801-3570