IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANUEL NIEVES, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 06-320-GMS |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) |
|     Respondents. | ) |

# ORDER

At Wilmington this 5th day of Feb, 2007;

IT IS ORDERED that:

Petitioner Manuel Nieves' motion for an extension of time to file an amended habeas petition is DENIED without prejudice. (D.I. 20) Nieves filed his habeas petition in May 2006, (D.I. 2), the State filed its answer in August 2006, (D.I. 11), and Nieves filed a reply to the State's answer in September 2006. (D.I. 18) Nieves filed his motion to amend his petition on October 20, 2006, stating that his claims "as they currently stands [sic]" need to be amended. Because Nieves has failed to explain his proposed amendment, the court will deny the motion without prejudice to enable Nieves to file a more detailed motion to amend.

UNITED STATES DISTRICT JUDGE



FILED

FEB - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE