IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

# RESPONSE TO AND MOTION FOR REDRESS IN

# DISTRICT COURT

# FOR CIVIL ACTION NO. 06-320-GMS



MANUEL NIEVES,

     PETITIONER,

v.

PERRY PHELPS, WARDEN, AND        CIVIL ACT. NO. 06-320-GMS

JOSEPH R. BIDEN, III,

     RESPONDANTS.

**MANUEL NIEVES, PRO-SE PETITIONER ASKS THIS COURT TO REVIEW ITS' DECISION OF THE CASE CITED ABOVE FOR THE FOLLOWING REASONS:**

1. III. DISCUSSION A. (C) MENTIONS THE RECOGNIZED **"NEW"** RIGHT MADE RETROACTIVE BY THE UNITED STATES SUPREME COURT.

2. NIEVES' CONVICTION BECAME FINAL, AND THE ONE-YEAR LIMITATIONS PERIOD BEGAN TO RUN, ON **MAY 12, 2003.** MAKING HIS TIME EXPIRE AT **MAY 12, 2004** AS INDICATED ON PAGE 3 AND 4 OF THE DECISSION OF THE COURT DATED APRIL 16, 2008.

3. **CRAWFORD v WASHINGTON** 124 S.CT. 1354 **(MARCH 8, 2004)** THE SUPREME COURT OF THE UNITED STATES SAID **"THE CONFRONTATION CLAUSE** <u>BARS</u> THE STATES FROM INTRODUCING INTO EVIDENCE OUT-OF-COURT STATEMENTS WHICH ARE TESTIMONIAL IN NATURE **UNLESS** THE WITNESS

IS UNAVAILABLE AND THE DEFENDANT HAD A PRIOR
OPPORTUNITY TO CROSS-EXAMINE THE WITNESS,
REGUARDLESS OF WETHER THE STATEMENTS ARE DECLARED
RELIABLE." ALSO SEE **BRUTON v U.S.** 88 S.CT. 1620 AND **LEE**
106 S.CT. 2056.

4. **DEFENDANTS CASE MIRRORS THIS CASE AND INVOLVES
TESTIMONY VIDEO TAPED WITHOUT FOLLOWING
DELAWARE'S OWN PROCEEDURES FOR VIDEO-TAPING
CHILD WITNESSES FOR CROSS EXAMINATION DURING
TAKING OF STATEMENTS USED IN COURT.**

5. THE SUPREME COURT IN **DANFORTH v. MINNESOTA** NO. 06-
8273 **ARGUED OCTOBER 31, 2007—DECIDED FEBRUARY 20,
2008** UNDER THE OPINION DELIVERED BY JUSTICE STEVENS
SAID "NEW" CONSTITUTIONAL RULES ANNOUNCED BY
THIS COURT THAT PLACE CERTAIN KINDS OF PRIMARY
INDIVIDUAL CONDUCT BEYOND THE POWER OF THE
STATES TO PROSCRIBE, AS WELL AS "WATER-SHED" RULES
OF CRIMINAL PROCEDURES, {MUST} BE APPLIED IN ALL
FUTURE TRIALS, ALL CASES PENDING ON DIRECT REVIEW,
AND ALL FEDERAL HABEAS CORPUS PROCEEDINGS. ALL
OTHER NEW RULES OF CRIMINAL PROCEDURE MUST BE
APPLIED IN FUTURE TRIALS AND IN CASES <u>PENDING</u>
<u>ON DIRECT REVIEW,</u> BUT MAY NOT PROVIDE THE
BASIS FOR A FEDERAL COLLATERAL ATTACK ON A STATE-
COURT CONVICTION. THIS IS THE SUBSTANCE OF THE
"TEAGUES RULE" DESCRIBED BY JUSTICE O'CONNOR IN
HER PLURALITY IN TEAGUE v LANE, 489 U.S. 288 (1989). THE
QUESTION IN THIS CASE IS WHETHER TEAGUE
CONSTRAINTS THE AUTHORITY OF STATE COURTS TO
GIVE BROADER EFFECT TO NEW RULES OF CRIMINAL

**PROCEDURES THAN IS REQUIRED BY THAT OPINION. WE HAVE NEVER SUGGESTED THAT IT DOES, NOW HOLD THAT IT DOES NOT. ….. WE HELD THAT CRAWFORD SHALL NOT BE APPIED RETROACTIVE ON COLLATERAL REVIEW."**

6. THE CASE AT HAND MIRRORS THE CRAWFORD CASE IN THAT BOTH CASES DEAL WITH VIDEO-TAPED TESTMONY GIVE TO THE JURY DURING TRIAL WITHOUT PRIOR CROSS-EXAMINATION TO INSURE THAT NO COERCION OF WITNESS HAD OCCURRED AND TO INSURE THE TRUTHFULNESS OF THE VIDEO NOT THE WITNESS.

**FOR THE ABOVE REASONS PETITIONER ASK THIS COURT TO REVERSE ITS' DECISSION AND REMAND BACK TO SUPERIOR COURT.**

<u>**Monday, April 21, 2008**</u>

MANUEL NIEVES

1181 PADDOCK RD

SMYRNA DE. 19977

## Certificate of Service

I, _MANUEL NIEVES_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _MOTION TO RedRess_

_____ upon the following

parties/person (s):

TO: _Dept of Justice_               TO: _____
_State Office Building_
_820 N. French St._
_Wilmington_
_Delaware 19801_


TO:_____               TO: _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this_____21st____day of _____APRIL_____,2008

_manuel nieves_

I/M MANUEL NIEVES

SBI# 464723 ____ UNIT _E-D-35_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

22 APR 2008 PM 3 L

Office of the Clerk

United States District Court

844 N. King Street Locker Box 18

Wilmington De.

19801~3570

Re. C A # 06-320-GMS

USA First-Class