CLERK OF THE COURT

U.S. DISTRICT COURT             Monday, August 18, 2008

DISTRICT OF DELAWARE

Re: CIVIL ACTION No. 06-320-GMS

DEAR CLERK:

       I AM ADDRESSING THIS REQUEST TO YOU FOR THE COURT DOCKET SHEETS THAT ARE UP TO DATE. I AM IN GREAT NEED AND WOULD APPECIATE YOUR QUICK RESPONSE. I THANK YOU IN PRIOR TO YOUR ACTIONS KNOWING YOU WILL RESPOND A.S.A.P THANKS AGAIN

           SINCERILY YOURS

           MANUEL NIEVES

           DEAWARE CORRECTIONAL CENTER

           1181 PADDOCK ROAD

           SMYRNA DELAWARE 19977





FILED AUG 20 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I/M  MAnuel Nieves
SBI# 464723  UNIT K-D-35
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 AUG 2008 PM 3 L

Office of the clerk
United state District court
844 N. King st. Lockbox 18
Wilmington, Delaware
19801-3570