CLERK OF THE COURT  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE  
RE: CIVIL ACTION No. 06-320-GMS  
DEAR CLERK:

Monday, August 25, 2008

    I RECEIVED YOUR REPONSE FOR INFORMATION AND A COPY OF MY DOCKET SHEET. MY QUESTION IS – ON THE 23RD OF APRIL, 7 DAYS AFTER THE JUDICIAL RULING, I ENTERED A MOTION FOR RECONSIDERATION/ MOTION FOR REHEARING (RULES OF CIVIL PROCEDURES SAYS I HAVE 14 DAYS TO COMPLY) BUT HAVE HAD NO RESPONSE. IS THERE A PROBLEM WITH THE MOTION OR IS IT STILL IN DELIBERATION? THANK YOU FOR YOUR RESPONSE.

                          SINCERILY YOURS,  
                          MANUEL NIEVES  
                          DELAWARE CORRECTIONAL CENTER  
                          1181 PADDOCK ROAD  
                          SMYRNA, DELAWARE 19977





FILED  
AUG 2 7 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE



WILMINGTON DE 197

IM MAnvel Nieves
SBI# 464743  UNIT E-D-35
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



clerk of the court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
              19801-3570