OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 27, 2008

TO:

**Manuel Nieves**
SBI# 464723
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

```
     RE:  STATUS OF MOTION FOR RECONSIDERATION
          CA 06-320 GMS
```

Dear Mr. Nieves:

    This is in response to your letter received dated 8/25/08 requesting the status of your Motion.  Your case is assigned to the Honorable Gregory M. Sleet, and your Motion is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                  Sincerely,

/rwc                                         PETER T. DALLEO
                                               CLERK

cc:  The Honorable Gregory M. Sleet